1  RICHARD A. ROTHMAN (*pro hac vice pending*)
   BRUCE A. COLBATH (*pro hac vice pending*)
2  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
3  New York, NY 10153
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5

6  SARAH E. BARROWS (Bar No. 253278)
   WEIL, GOTSHAL & MANGES LLP
7  Silicon Valley Office
   201 Redwood Shores Parkway
8  Redwood Shores, California  94065
   Telephone: (650) 802-3000
9  Facsimile: (650) 802-3100

10

11 Attorneys for Defendant
   SYMANTEC CORPORATION
12
                    **UNITED STATES DISTRICT COURT**
13
          **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
14

15

16 | DIANE MAROLDA, on behalf of herself and all others similarly situated, | Case No. 3:08-cv-05701-MHP |
   |---|---|
17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
18 | v. | |
19 | SYMANTEC CORPORATION, | Ctrm: 15, 18th Floor |
20 | Defendant. | Honorable Judge Marilyn Hall Patel |

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER OR OTHERWISE RESPOND TO                                    Case No. 3:08-cv-05701-MHP
PLAINTIFF'S COMPLAINT

1  Pursuant to Local Rule 6-1(a), Defendant Symantec Corporation ("Symantec") and
2  Plaintiff Diane Marolda ("Marolda"), through their respective counsel of record, hereby stipulate
3  that Symantec shall have up to and including March 26, 2009 to answer or otherwise respond to
4  
5  Marolda's Complaint in this action. Without prejudice to any response by Symantec to plaintiff's
6  complaint, the stipulation shall not alter the Court's Order Setting Initial Case Management
7  Conference and ADR Deadlines.
8  SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 5, 2009 | WEIL, GOTSHAL & MANGES LLP |
| 2 | | |
| 3 | | By:      /s/ Richard A. Rothman |
| 4 | | Richard A. Rothman<br>Bruce A. Colbath |
| 5 | | Sarah E. Barrows<br>Attorneys for Defendant |
| 6 | | SYMANTEC CORPORATION |
| 7 | | |
| 8 | | |
| 9 | Dated: February 5, 2009 | |
| 10 | | By:      /s/ Evan J. Smith |
| 11 | | Evan J. Smith<br>BRODSKY & SMITH, LLC<br>9595 Wilshire Blvd., Ste. 900 |
| 12 | | Beverly Hills, CA 90212 |
| 13 | | -and- |
| 14 | | By:      /s/ Thomas M. Mullaney |
| 15 | | Thomas M. Mullaney<br>Law Offices of Thomas M.Mullaney |
| 16 | | 708 Third Ave., Suite 2500<br>New York, NY 10017 |
| 17 | | -and- |
| 18 | | By:      /s/ Larry Drury |
| 19 | | Larry Drury<br>Larry Drury, Ltd. |
| 20 | | 205 West Randolph St., Ste. 1430<br>Chicago, Illionois 60606 |
| 21 | | Attorneys for Plaintiff |
| 22 | | DIANE MAROLDA, on behalf of<br>herself and all others similarly |
| 23 | | situated |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT

3

Case No. 3:08-cv-05701-MHP

#### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that Symantec shall have up to and including March 26, 2009 to answer or otherwise respond to the Complaint filed by Plaintiff Diane Marolda, on behalf of herself and all others similarly situated.

Dated: _February 6, 2009_____      _____
The Honorable Marilyn Hall Patel
United States District Court Judge

