RICHARD A. ROTHMAN (admitted *pro hac vice*)
richard.rothman@weil.com
BRUCE A. COLBATH (admitted *pro hac vice*)
bruce.colbath@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

SARAH E. BARROWS (Bar No. 253278)
sarah.barrows@weil.com
LESLIE A. LIU (Bar No. 246325)
leslie.liu@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
SYMANTEC CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIANE MAROLDA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 3:08-CV-05701-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Courtroom 15, 18th Floor<br><br>Honorable Judge Marilyn Hall Patel |

1    WHEREAS, on April 6, 2009, the Court entered an Order scheduling Plaintiff Diane Marolda ("Plaintiff") to file her First Amended Complaint on or before April 20, 2009.

3    WHEREAS, on April 20, 2009, Plaintiff filed her First Amended Complaint.

4    WHEREAS, May 4, 2009, would be the date on which Symantec's response to the First Amended Complaint would be due.

6    WHEREAS, on April 30, 2009, Defendant Symantec Corporation ("Symantec" or "Defendant") raised to Plaintiff's counsels' attention an issue it believes pertains to the First Amended Complaint.

9    WHEREAS, on May 1, 2009, counsel for Plaintiff and counsel for Defendant met and conferred to discuss the aforementioned information and the Defendant has made a proposal that might vitiate the need for answering or moving to dismiss the First Amended Complaint.

12   WHEREAS, on May 1, 2009, counsel for Plaintiff requested to have the weekend to consider Defendant's proposal and/or formulate a response.

14   WHEREAS, in light of the foregoing, the parties have conferred and agreed, subject to the Court's approval, to modify the scheduling order in this matter set forth in the minute order after the Case Management Conference of April 6, 2009, to extend Symantec's time to file their motion to dismiss Plaintiff's First Amended Complaint until May 8, 2009 (a five day extension); now therefore,

19   PURSUANT TO CIVIL LOCAL RULE 6-2(a), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

21   1.   Symantec shall have up to and including May 8, 2009, to move to dismiss Marolda's First Amended Complaint.

23   2.   Plaintiff shall have up to and including May 22, 2009, to oppose Symantec's motion to dismiss.

25   3.   Symantec shall have up to and including May 29, 2009, to reply to Plaintiff's opposition to Symantec's motion to dismiss.

27   4.   The hearing regarding Symantec's motion to dismiss previously scheduled for June 8, 2009 shall now be scheduled for June 15, 2009, pursuant to Local Rule 7-2(a) requiring

1  all hearings to be scheduled not less than thirty-five days after service of a motion, or such other
2  time as the Court may set.
3          IT IS SO STIPULATED.

4  Dated: May 1, 2009         WEIL, GOTSHAL & MANGES LLP

6          By:    /s/ Richard A. Rothman
7          Richard A. Rothman
        Bruce A. Colbath
8          Sarah E. Barrows
        Attorneys for Defendant
9          SYMANTEC CORPORATION

12  Dated: May 1, 2009

13          By:    /s/ Evan J. Smith
        Evan J. Smith
14          BRODSKY & SMITH, LLC
        9595 Wilshire Blvd., Ste. 900
15          Beverly Hills, CA 90212

16          -and-

17          By:    /s/ Thomas M. Mullaney
18          Thomas M. Mullaney
        Law Offices of Thomas M.Mullaney
19          708 Third Ave., Suite 2500
        New York, NY 10017

20          -and-

21          By:    /s/ Larry Drury
22          Larry Drury
        Larry Drury, Ltd.
23          205 West Randolph St., Ste. 1430
        Chicago, Illionois 60606

24          Attorneys for Plaintiff
25          DIANE MAROLDA, on behalf of
        herself and all others similarly
26          situated

27
28

STIPULATION AND [PROPOSED] ORDER TO    3   Case No. 3:08-CV-05701-MHP
MODIFY SCHEDULING ORDER

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Evan J. Smith, Thomas M. Mullaney, and Larry Drury.

### **SUPPORTING DECLARATION OF SARAH E. BARROWS**

Pursuant to Civil L.R. 6-2, I, Sarah E. Barrows, declare as follows:

1. I am an attorney admitted to practice in the State of California and in the U.S. District Court for the Northern District of California, and Counsel with the firm of Weil, Gotshal & Manges LLP, attorneys of record for defendant Symantec Corporation. The matters referred to in this declaration are based on my personal knowledge, unless indicated that they are based upon information and belief, and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended so that Plaintiff can consider Symantec's request that the First Amended Complaint in this matter be withdrawn, obviating the need for Symantec to file its motion to dismiss.

3. I am informed and believe that pursuant to stipulation, the parties agreed to extend the time for Symantec to answer or otherwise respond to Plaintiff's initial complaint filed on December 18, 2008.

4. As set forth in the above Stipulation, this Stipulation will modify the schedule in this case in the following manner:

- Symantec will have up to and including May 8, 2009, to file its motion to dismiss Plaintiff's First Amended Complaint.

- Plaintiff Diane Marolda shall have up to and including May 22, 2009, to oppose Symantec's motion to dismiss.

- Symantec shall have up to and including May 29, 2009, to reply to Plaintiff's opposition.

- The hearing on Symantec's motion to dismiss shall be Monday June 15, 2009, at 2:00 p.m., or such other time as the Court may set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of May 2009 at Redwood Shores, California.

                                                         */s/ Sarah E. Barrows*
                                                          Sarah E. Barrows

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SYMANTEC CORPORATION,<br><br>　　　　Defendant. | Case No. 3:08-CV-05701-MHP<br><br>~~[PROPOSED]~~ ORDER TO MODIFY SCHEDULING ORDER<br><br>Courtroom 15, 18th Floor<br><br>Honorable Judge Marilyn Hall Patel |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that Symantec shall have up to and including May 8, 2009, to file its motion to dismiss Plaintiff's First Amended Complaint filed by Plaintiff Diane Marolda, on behalf of herself and all others similarly situated; Plaintiff Diane Marolda shall have up to and including May 22, 2009, to oppose Symantec's motion to dismiss; Symantec shall have up to and including May 29, 2009, to reply; the hearing on Symantec's motion to dismiss shall be Monday, June 15, 2009, at 2:00 p.m., or such other time as the Court may set.

Dated: __5/5/2009_____

_____
The Honorable
United

*IT IS SO ORDERED*
[signature]
Judge Marilyn H. Patel