1  RICHARD A. ROTHMAN (admitted *pro hac vice*)
   richard.rothman@weil.com
2  BRUCE A. COLBATH (admitted *pro hac vice*)
   bruce.colbath@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
4  New York, NY 10153
   Telephone: (212) 310-8000
5  Facsimile: (212) 310-8007

6  SARAH E. BARROWS (Bar No. 253278)
   sarah.barrows@weil.com
7  LESLIE A. LIU (Bar No. 246325)
   leslie.liu@weil.com
8  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
9  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
10 Telephone: (650) 802-3000
   Facsimile: (650) 802-3100

11
   Attorneys for Defendant
12 SYMANTEC CORPORATION

13 *[Additional Counsel Appear
   on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 3:08-CV-05701-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Courtroom 15, 18th Floor<br><br>Honorable Judge Marilyn Hall Patel |

1   WHEREAS, on August 13, 2009, the Court signed an Order scheduling Plaintiff
2   Diane Marolda ("Plaintiff") to file her Second Amended Complaint on or before September 25,
3   2009, and scheduling Defendant Symantec Corporation's ("Symantec" or "Defendant") response
4   to the Second Amended Complaint to be due on or before October 30, 2009.

5   WHEREAS, on September 25, 2009, Plaintiff filed her Second Amended
6   Complaint.

7   WHEREAS, on October 15, 2009, counsel for Plaintiff and counsel for Defendant
8   met and conferred and agreed that the date for Defendant's response to the Second Amended
9   Complaint would be extended by two-weeks, to be due on November 13, 2009.

10  WHEREAS, on October 15, 2009, counsel for Plaintiff and counsel for Defendant
11  agreed that the Defendant's November 13, 2009 response to the Second Amended Complaint
12  would not preclude a motion by Plaintiff to challenge Defendant's ability to file a motion to
13  dismiss.

14  WHEREAS, on October 15, 2009, counsel for Plaintiff and counsel for Defendant
15  agreed that this stipulation would be without prejudice to Defendant to oppose any motion by
16  Plaintiff challenging the Defendant's ability to file a motion to dismiss.

17  WHEREAS, in light of the foregoing, the parties have conferred and agreed,
18  subject to the Court's approval, to modify the scheduling order in this matter set forth in the
19  August 13, 2009 Order signed by Judge Patel to extend Symantec's time to file their motion to
20  dismiss Plaintiff's Second Amended Complaint until November 13, 2009 (a two-week extension);
21  now therefore,

22  PURSUANT TO CIVIL LOCAL RULE 6-2(a), IT IS HEREBY STIPULATED
23  AND AGREED, by and between the undersigned counsel, as follows:

24  1.   Symantec shall have up to and including November 13, 2009, to move to
25  dismiss Marolda's Second Amended Complaint.

26  2.   Plaintiff shall have up to and including December 14, 2009, to oppose
27  Symantec's motion to dismiss.

28

1    3.    Symantec shall have up to and including January 11, 2010, to reply to
2    Plaintiff's opposition to Symantec's motion to dismiss.
3    4.    The hearing regarding Symantec's motion to dismiss previously scheduled for
4    January 11, 2010 shall now be scheduled for February 1, 2010, pursuant to Local Rule 7-2(a)
5    requiring all hearings to be scheduled not less than thirty-five days after service of a motion, or
6    such other time as the Court may set.
7    IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER TO                3                Case No. 3:08-CV-05701-MHP
MODIFY SCHEDULING ORDER

Dated: October 15, 2009    WEIL, GOTSHAL & MANGES LLP

By:    /s/ Richard A. Rothman
Richard A. Rothman
Bruce A. Colbath
Sarah E. Barrows
Attorneys for Defendant
SYMANTEC CORPORATION

Dated: October 15, 2009

By:    /s/
Eric M. George
Michael A. Bowse
MBowse@bwgfirm.com
BROWNE WOODS GEORGE LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067

Lee A. Weiss
lweiss@bwgfirm.com
BROWNE WOODS GEORGE LLP
49 W. 37th Street, 15th Floor
New York, NY 10018

-and-

By:    /s/ Thomas M. Mullaney
Thomas M. Mullaney
tmm@mullaw.org
Law Offices of Thomas M.Mullaney
708 Third Ave., Suite 2500
New York, NY 10017

-and-

By:    /s/ Larry Drury
Larry Drury
ldrurylaw@aol.com
Larry Drury, Ltd.
205 West Randolph St., Ste. 1430
Chicago, Illionois 60606

Attorneys for Plaintiff
DIANE MAROLDA, on behalf of
herself and all others similarly
situated

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER     4     Case No. 3:08-CV-05701-MHP

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Lee Weiss, Michael Bowse, Thomas M. Mullaney, and Larry Drury.

### **SUPPORTING DECLARATION OF SARAH E. BARROWS**

Pursuant to Civil L.R. 6-2, I, Sarah E. Barrows, declare as follows:

1. I am an attorney admitted to practice in the State of California and in the U.S. District Court for the Northern District of California, and Counsel with the firm of Weil, Gotshal & Manges LLP, attorneys of record for defendant Symantec Corporation. The matters referred to in this declaration are based on my personal knowledge, unless indicated that they are based upon information and belief, and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended in the matter set forth above and in the accompanying [Proposed] Order.

3. I am informed and believe that pursuant to stipulation, the parties agreed to extend the time for Symantec to answer or otherwise respond to Plaintiff's Second Amended Complaint filed on September 25, 2009.

4. As set forth in the above Stipulation, this Stipulation will modify the schedule in this case in the following manner:

- Symantec will have up to and including November 13, 2009, to file its motion to dismiss Plaintiff's Second Amended Complaint.

- Plaintiff Diane Marolda shall have up to and including December 14, 2009, to oppose Symantec's motion to dismiss.

- Symantec shall have up to and including January 11, 2010, to reply to Plaintiff's opposition.

- The hearing on Symantec's motion to dismiss shall be Monday February 1, 2010, at 2:00 p.m., or such other time as the Court may set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of October 2009 at Redwood Shores, California.

                                                */s/ Sarah E. Barrows*
                                                Sarah E. Barrows

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 3:08-CV-05701-MHP<br><br>[~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER<br><br>Courtroom 15, 18th Floor<br><br>Honorable Judge Marilyn Hall Patel |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that Symantec shall have up to and including November 13, 2009, to file its motion to dismiss Plaintiff's Second Amended Complaint filed by Plaintiff Diane Marolda, on behalf of herself and all others similarly situated; Plaintiff Diane Marolda shall have up to and including December 14, 2009, to oppose Symantec's motion to dismiss; Symantec shall have up to and including January 11, 2010, to reply; the hearing on Symantec's motion to dismiss shall be Monday, February 1, 2010, at 2:00 p.m., or such other time as the Court may set.

Dated: __October 23, 2009_____    _____
                                                                    The Honorable Marilyn Hall Patel
                                                                    United States District Court Judge

[~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER        Case No. 3:08-CV-05701-MHP