THOMAS M. MULLANEY
tmm@mullaw.com
LAW OFFICES OF THOMAS M. MULLANEY
275 Madison Avenue, Suite 3700
New York, NY 10016

LARRY D. DRURY
ldrurylaw@aol.com
LARRY D. DRURY LTD.
100 N. LaSalle Street, Suite 1010
Chicago, IL 60602

MICHAEL A. BOWSE
mbowse@bwgfirm.com
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067

Attorneys for Plaintiff
DIANE MAROLDA, individually and on behalf of all others similarly situated

RICHARD A. ROTHMAN (admitted *pro hac vice*)
richard.rothman@weil.com
BRUCE A. COLBATH (admitted *pro hac vice*)
bruce.colbath@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
SYMANTEC CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYMANTEC CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:08-CV-05701-EMC<br><br>**STIPULATION AND [P**~~ROPOSE~~**D] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Courtroom 5, 17th Floor<br><br>Honorable Edward M. Chen |

1  WHEREAS, on February 17, 2012, the Court entered an order setting the deadline
2  for a motion for preliminary approval of a settlement in this action for June 1, 2012, and
3  scheduling a hearing on such motion for July 6, 2012;
4  WHEREAS, the parties have been diligently pursuing and are nearing completion
5  of confirmatory discovery relating to the proposed settlement;
6  WHEREAS, the parties have been negotiating certain amendments to the proposed
7  settlement agreement that would enhance class relief;
8  WHEREAS, the parties have been addressing issues that have arisen that have
9  required revision of the various notice-related documents;
10 WHEREAS, the parties require an additional two weeks to complete the
11 documentation of such amendments to the proposed settlement agreement and other related
12 documents; and
13 WHEREAS, on May 25, 2012, counsel for the parties met and conferred and, in
14 light of the foregoing, agreed that the date for the submission of a motion for preliminary
15 approval would be extended for two weeks to, and including, June 15, 2012, and that, subject to
16 the Court's calendar, the date for the hearing on the preliminary approval motion would similarly
17 be extended; now therefore,
18 PURSUANT TO CIVIL LOCAL RULE 6-2(a), IT IS HEREBY STIPULATED
19 AND AGREED, by and between the undersigned counsel, as follows:
20 1. The parties shall have up to and including June 15, 2012, to move for
21 preliminary approval of a proposed settlement of this action.
22 2. The hearing on a motion for preliminary approval shall be adjourned from
23 July 6, 2012 to July 20, 2012, or any other such time thereafter as the Court may set.
24 IT IS SO STIPULATED.
25
26
27
28

| | | |
|---|---|---|
| Dated: May 25, 2012 | | WEIL, GOTSHAL & MANGES LLP |
| | By: | /s/ Bruce A. Colbath |
| | | Richard A. Rothman |
| | | Bruce A. Colbath |
| | | Attorneys for Defendant |
| | | SYMANTEC CORPORATION |
| Dated: May 25, 2012 | By: | /s/ Michael A. Bowse |
| | | Eric M. George |
| | | Michael A. Bowse |
| | | MBowse@bwgfirm.com |
| | | BROWNE GEORGE ROSS LLP |
| | | 2121 Avenue of the Stars, Suite 2400 |
| | | Los Angeles, CA 90067 |
| | By: | /s/ Thomas M. Mullaney |
| | | Thomas M. Mullaney |
| | | tmm@mullaw.org |
| | | Law Offices of Thomas M. Mullaney |
| | | 257 Madison Avenue, 37th Floor |
| | | New York, NY 10016 |
| | | -and- |
| | By: | /s/ Larry Drury |
| | | Larry Drury |
| | | ldrurylaw@aol.com |
| | | Larry Drury, Ltd. |
| | | 100 N. LaSalle Street, Suite 1010 |
| | | Chicago, IL 60602 |
| | | Attorneys for Plaintiff DIANE MAROLDA, on behalf of herself and all others similarly situated |

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
Edward M. Chen
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen (seal: United States District Court, Northern District of California)*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Thomas M. Mullaney and Larry Drury.

### SUPPORTING DECLARATION OF BRUCE COLBATH

Pursuant to Civil L.R. 6-2, I, Bruce Colbath, declare as follows:

1. I am an attorney admitted to practice in the State of New York and pro hoc vice in the U.S. District Court for the Northern District of California, and am a partner with the firm of Weil, Gotshal & Manges LLP, attorneys of record for defendant Symantec Corporation. The matters referred to in this declaration are based on my personal knowledge, unless indicated that they are based upon information and belief, and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended in the matter set forth above and in the accompanying [Proposed] Order.

3. I am informed and believe that pursuant to stipulation, the parties agreed to extend the time for a motion for preliminary approval of a settlement of this action.

4. As set forth in the above Stipulation, this Stipulation will modify the schedule in this case in the following manner:

- The parties will have up to and including June 15, 2012, to file a motion for preliminary approval of a settlement of this action.

- The hearing on the motion for preliminary approval shall be Friday, July 20, 2012, at 1:30 p.m., or such other time as the Court may set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of May 2012 at New York, New York.

                                                */s/ Bruce Colbath*
                                                Bruce Colbath