1 | LAW OFFICES OF
  |   THOMAS M. MULLANEY
2 | Thomas M. Mullaney
  |   (admitted *pro hac vice*)
3 | mulllaw@msn.com
  | 275 Madison Avenue, Suite 3700
4 | New York, New York 10016
  | Tel 212.223.0800 - Fax 212.661.9860
5 |
  | BROWNE GEORGE ROSS LLP
6 | Eric M. George (SBN 166403)
  |   egeorge@bgrfirm.com
7 | Michael A. Bowse (SBN 189659)
  |   mbowse@bgrfirm.com
8 | 2121 Avenue of the Stars, Suite 2400
  | Los Angeles, California 90067
9 | Tel (310) 274-7100 - Fax (310) 275-5697

LARRY D. DRURY, LTD.
Larry D. Drury
  ldrurylaw@aol.com
100 North LaSalle Street, Suite 1010
Chicago, Illinois 60602
Tel 312.346.7950 – Fax 312.346.5777

10 | Attorneys for Plaintiff Diane Marolda,
   | Individually and On Behalf of All Others
11 | Similarly Situated

12

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16   DIANE MAROLDA, Individually and on behalf of All Others Similarly Situated, <br><br> 17 <br><br> 18             Plaintiff, <br><br> 19       vs. <br><br> 20   SYMANTEC CORPORATION, <br><br> 21             Defendant. | Case No. 08-cv-05701 EMC <br> The Hon. Edward M. Chen <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Judge:  Hon. Hon. Edward M. Chen <br> Date:    July 19, 2012 <br> Time:   1:30 p.m. <br> Crtrm.:  5 <br><br> Trial Date:  None Set |

22

23

24

25

26

27

28

334235.1

US_ACTIVE:\44054214\1\75780.0003

Stipulation and [Proposed] Order Continuing Preliminary Approval Hearing

1         WHEREAS, on June 16, 2012, Plaintiff filed an Unopposed Motion for Preliminary

2    Approval of Class Action Settlement;

3         WHEREAS, that Motion is presently scheduled to be heard on July 19, 2012;

4         WHEREAS, on July 16, 2012, the Court issued an order that identified numerous

5    questions regarding the settlement and other issues that the Court requested the parties to

6    address;

7         WHEREAS, the parties believe that the most efficient, complete and accurate way

8    to address the Court's concerns and respond to the Court's inquiries is to provide the Court

9    with a written memorandum and/or declaration and such other materials as may be

10   necessary to supplement the materials filed on June 16, 2012;

11        WHEREAS, more than 3 days will be required to prepare the supplemental

12   memorandum and/or declaration; and

13        NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE

14   THAT:

15        1.    Plaintiff shall have up to and including August 3, 2012 to prepare and file a

16   supplemental memorandum and/or declaration that responds to the inquiries raised by the

17   Court in its July 16, 2012 Order;

18        2.    The hearing on Plaintiff's Unopposed Motion for Preliminary Approval of

19   Class Action Settlement shall be continued from July 19, 2012 to August 10, 2012, at 1:30

20   p.m., or such other date and time as the Court may select.

21

22

23

24

25

26

27

28

Dated: July 17, 2012          LAW OFFICES OF THOMAS M. MULLANEY
                              Thomas M. Mullaney

                              LARRY D. DRURY, LTD.
                              Larry D. Drury

                              BROWNE GEORGE ROSS LLP
                              Eric M. George
                              Michael A. Bowse


                              By _____/s/ Michael A. Bowse_____
                                        Michael A. Bowse


                              *Attorneys for Plaintiff Diane Marolda*

                              **WEIL GOTSHAL & MANGES LLP**


                              By: ___/s/ Bruce A. Colbath_____

                              Richard R. Rothman (admitted *pro hac vice*)
                              richard.rothman@weil.com
                              Bruce A. Colbath (admitted *pro hac vice*)
                              bruce.colbath@weil.com
                              **WEIL GOTSHAL & MANGES LLP**
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: 212.310.8000
                              Facsimile: 212.310.8285

                              *Attorneys for Defendant Symantec Corporation*



                              * * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____7/18/12_____          Judge: _____
                                             Hon. Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen