| | |
|---|---|
| LAW OFFICES OF<br>  THOMAS M. MULLANEY<br>Thomas M. Mullaney<br>  (admitted *pro hac vice*)<br>  mulllaw@msn.com<br>275 Madison Avenue, Suite 3700<br>New York, New York 10016<br>Tel 212.223.0800 - Fax 212.661.9860<br><br>BROWNE GEORGE ROSS LLP<br>Eric M. George (SBN 166403)<br>  egeorge@bgrfirm.com<br>Michael A. Bowse (SBN 189659)<br>  mbowse@bgrfirm.com<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, California 90067<br>Tel (310) 274-7100 - Fax (310) 275-5697<br><br>Attorneys for Plaintiff Diane Marolda,<br>Individually and On Behalf of All Others<br>Similarly Situated | LARRY D. DRURY, LTD.<br>Larry D. Drury<br>  ldrurylaw@aol.com<br>100 North LaSalle Street, Suite 1010<br>Chicago, Illinois 60602<br>Tel 312.346.7950 – Fax 312.346.5777 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, Individually and on behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>    Defendant. | Case No. 08-cv-05701 EMC<br>The Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Hon. Edward M. Chen<br>Date:   July 19, 2012<br>Time:  1:30 p.m.<br>Crtrm.: 5<br><br>Trial Date: None Set |

1  WHEREAS, on June 16, 2012, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement;

3  WHEREAS, that Motion is presently scheduled to be heard on July 19, 2012;

4  WHEREAS, on July 16, 2012, the Court issued an order that identified numerous questions regarding the settlement and other issues that the Court requested the parties to address;

7  WHEREAS, the parties believe that the most efficient, complete and accurate way to address the Court's concerns and respond to the Court's inquiries is to provide the Court with a written memorandum and/or declaration and such other materials as may be necessary to supplement the materials filed on June 16, 2012;

11 WHEREAS, more than 3 days will be required to prepare the supplemental memorandum and/or declaration; and

13 NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

15 1.  Plaintiff shall have up to and including August 3, 2012 to prepare and file a supplemental memorandum and/or declaration that responds to the inquiries raised by the Court in its July 16, 2012 Order;

18 2.  The hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement shall be continued from July 19, 2012 to August 10, 2012, at 1:30 p.m., or such other date and time as the Court may select.

| | | |
|---|---|---|
| 1 | Dated: July 17, 2012 | LAW OFFICES OF THOMAS M. MULLANEY<br>Thomas M. Mullaney |
| 2 | | |
| 3 | | LARRY D. DRURY, LTD.<br>Larry D. Drury |
| 4 | | BROWNE GEORGE ROSS LLP<br>Eric M. George |
| 5 | | Michael A. Bowse |

By     /s/ Michael A. Bowse
           Michael A. Bowse

*Attorneys for Plaintiff Diane Marolda*

**WEIL GOTSHAL & MANGES LLP**

By:   /s/ Bruce A. Colbath

Richard R. Rothman (admitted *pro hac vice*)
richard.rothman@weil.com
Bruce A. Colbath (admitted *pro hac vice*)
bruce.colbath@weil.com
**WEIL GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8285

*Attorneys for Defendant Symantec Corporation*

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 7/18/12          Judge: _____
                              Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen