LAW OFFICES OF
  THOMAS M. MULLANEY
Thomas M. Mullaney
  (admitted *pro hac vice*)
mullaw@msn.com
275 Madison Avenue, Suite 3700
New York, New York 10016
Tel 212.223.0800 - Fax 212.661.9860

BROWNE GEORGE ROSS LLP
Eric M. George (SBN 166403)
  egeorge@bgrfirm.com
Michael A. Bowse (SBN 189659)
  mbowse@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel (310) 274-7100 - Fax (310) 275-5697

Attorneys for Plaintiff Diane Marolda, Individually
and On Behalf of All Others Similarly Situated

LARRY D. DRURY, LTD.
Larry D. Drury
  ldrurylaw@aol.com
100 North LaSalle Street, Suite 1010
Chicago, Illinois 60602
Tel 312.346.7950 – Fax 312.346.5777

WEIL, GOTSHAL & MANGES, LLP
Richard A. Rothman (*pro hac vice*)
Bruce A. Colbath (*pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Tel (212) 310-8000

Attorneys for Defendant Symamtec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, Individually and on behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>      Defendant. | Case No. 08-cv-05701 EMC<br>The Hon. Edward M. Chen<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE REVISED PROPOSED ORDER AND NOTICE**<br><br>Judge:  Hon. Edward M. Chen<br><br>Trial Date:  None Set |

339069.1

1    WHEREAS, on August 10, 2012, this Court held a hearing on Plaintiff's

2  Unopposed Motion for Preliminary Approval of Class Action Settlement (the "August 10

3  Hearing");

4    WHEREAS, at the August 10 Hearing this Court identified several remaining

5  questions regarding the settlement and the proposed class notice plan;

6    WHEREAS, the Court ordered the parties to file a revised proposed order for

7  preliminary approval and a revised notice plan by August 24, 2012;

8    WHEREAS, the parties have been working diligently together, and with the advice

9  of the Class Administrator, to resolve the questions identified by the Court;

10    WHEREAS, the parties require additional time to finalize certain aspects of the

11  settlement and proposed notice plan, including the development of criteria for the

12  determination of valid claims and the technological details and feasibility of administering

13  some form of online claims processing; and

14    WHEREAS, the parties will endeavor to resolve the remaining questions by no later

15  than September 7, 2012.

16    NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE

17  THAT:

18    The Parties shall have up to and including September 7, 2012 to prepare and file a

19  revised proposed order for preliminary approval, a revised notice plan, and any other

20  documents responsive to the issues raised at the August 10 Hearing.

21

22

23

24

25

26

27

28

1   Dated:  August 23, 2012

2

3

4

5

6

7

8

9

10

11  Dated:  August 23, 2012

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF THOMAS M. MULLANEY
   Thomas M. Mullaney

LARRY D. DRURY, LTD.
   Larry D. Drury

BROWNE GEORGE ROSS LLP
   Eric M. George
   Michael A. Bowse


By      /s/ Michael A. Bowse
             Michael A. Bowse

Attorneys for Diane Marolda, Individually
and on Behalf of All Others Similarly Situated



WEIL, GOTSHAL & MANGES, LLP
   Richard A. Rothman
   Bruce A. Colbath


By      /s/ Bruce A. Colbath
             Bruce A. Colbath

Counsel for Defendant Symantec Corporation

339069.1

US_ACTIVE:\44080800\1\75786.0003

-2-                         Case No. 08-cv-05701 EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
REVISED PROPOSED ORDER AND NOTICE

1

## **ORDER**

2

3          PURSUANT TO STIPULATION,

4               IT IS SO ORDERED

5

6    Date:_____ 08/24/2012 _____

7                                                    Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

339069.1

-3-                                    Case No. 08-cv-05701 EMC

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
REVISED PROPOSED ORDER AND NOTICE

US_ACTIVE:\44080800\1\75786.0003