| | |
|---|---|
| LAW OFFICES OF<br>  THOMAS M. MULLANEY<br>Thomas M. Mullaney<br>  (admitted *pro hac vice*)<br>  mulllaw@msn.com<br>275 Madison Avenue, Suite 3700<br>New York, New York 10016<br>Tel 212.223.0800 - Fax 212.661.9860<br><br>BROWNE GEORGE ROSS LLP<br>Eric M. George (SBN 166403)<br>  egeorge@bgrfirm.com<br>Michael A. Bowse (SBN 189659)<br>  mbowse@bgrfirm.com<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, California 90067<br>Tel (310) 274-7100 - Fax (310) 275-5697 | LARRY D. DRURY, LTD.<br>Larry D. Drury<br>  ldrurylaw@aol.com<br>100 North LaSalle Street, Suite 1010<br>Chicago, Illinois 60602<br>Tel 312.346.7950 – Fax 312.346.5777 |

Attorneys for Plaintiff Diane Marolda, Individually and On Behalf of All Others Similarly Situated

WEIL, GOTSHAL & MANGES, LLP
Richard A. Rothman (*pro hac vice*)
Bruce A. Colbath (*pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Tel (212) 310-8000

Attorneys for Defendant Symamtec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, Individually and on behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>SYMANTEC CORPORATION,<br><br>            Defendant. | Case No. 08-cv-05701 EMC<br>The Hon. Edward M. Chen<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE REVISED PROPOSED ORDER AND NOTICE**<br><br>Judge:  Hon. Edward M. Chen<br><br>Trial Date:  None Set |

339069.1

Case No. 08-cv-05701 EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
REVISED PROPOSED ORDER AND NOTICE

1  WHEREAS, on August 10, 2012, this Court held a hearing on Plaintiff's
2  Unopposed Motion for Preliminary Approval of Class Action Settlement (the "August 10
3  Hearing");
4  WHEREAS, at the August 10 Hearing this Court identified several remaining
5  questions regarding the settlement and the proposed class notice plan;
6  WHEREAS, the Court ordered the parties to file a revised proposed order for
7  preliminary approval and a revised notice plan by August 24, 2012;
8  WHEREAS, the parties have been working diligently together, and with the advice
9  of the Class Administrator, to resolve the questions identified by the Court;
10 WHEREAS, the parties require additional time to finalize certain aspects of the
11 settlement and proposed notice plan, including the development of criteria for the
12 determination of valid claims and the technological details and feasibility of administering
13 some form of online claims processing; and
14 WHEREAS, the parties will endeavor to resolve the remaining questions by no later
15 than September 7, 2012.
16 NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE
17 THAT:
18 The Parties shall have up to and including September 7, 2012 to prepare and file a
19 revised proposed order for preliminary approval, a revised notice plan, and any other
20 documents responsive to the issues raised at the August 10 Hearing.

| | | |
|---|---|---|
| 1 | Dated: August 23, 2012 | LAW OFFICES OF THOMAS M. MULLANEY<br>Thomas M. Mullaney |
| 2 | | |
| 3 | | LARRY D. DRURY, LTD.<br>Larry D. Drury |
| 4 | | BROWNE GEORGE ROSS LLP<br>Eric M. George |
| 5 | | Michael A. Bowse |

By  /s/ Michael A. Bowse
　　　Michael A. Bowse

Attorneys for Diane Marolda, Individually and on Behalf of All Others Similarly Situated

Dated: August 23, 2012

WEIL, GOTSHAL & MANGES, LLP
Richard A. Rothman
Bruce A. Colbath

By  /s/ Bruce A. Colbath
　　　Bruce A. Colbath

Counsel for Defendant Symantec Corporation

---

339069.1

-2-   Case No. 08-cv-05701 EMC

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
REVISED PROPOSED ORDER AND NOTICE

US_ACTIVE:\44080800\1\75786.0003

## ORDER

PURSUANT TO STIPULATION,

IT IS SO ORDERED

Date: 08/24/2012



Judge Edward M. Chen