THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCIT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MAROLDA, Individually and on behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>  Defendant. | Case No. 08-cv-05701 EMC<br>The Hon. Edward M. Chen<br><br>DECLARATION OF THE CLAIMS ADMINISTRATOR ON OPT-OUTS, OBJECTIONS AND CLAIMS RECEIVED |

DECLARATION OF THE CLAIMS ADMINISTRATOR
ON OPT-OUTS, OBJECTIONS AND CLAIMS RECEIVED

I, STEPHANIE THURIN, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Claims Administrator appointed by the Court in the above-captioned matter.

2. I oversee and am fully familiar with the efforts taken by Epiq in connection with the administration of this settlement. This Declaration is based upon my personal knowledge and information provided to me by associates and staff under my supervision.[1]

**OPT-OUTS RECEIVED**

3. Pursuant to Paragraph 16 of the Preliminary Approval Order, entered September 17, 2012 [D.E. #109], Settlement Class Members had until February 26, 2013 to submit to the Claims Administrator a written request for exclusion from the Settlement Class. A complete list

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Settlement Agreement.

of the 165 persons who have timely and validly requested exclusion from the Settlement Class is attached as **Exhibit A**.

## CLAIMS RECEIVED

4. As set forth in the Settlement Long Form Notice as well as in the various summary notices, the deadline to submit a valid claim is May 6, 2013. As of March 12, 2013, Epiq has received a total of 132,526 Claim Forms requesting the following settlement benefits:

|  | Claim Forms Received | $10 Refunds Claimed | Product Extensions Claimed |
|---|---|---|---|
| Web Claims | 109,981 | 90,058 | 19,923 |
| Paper Claims | 22,545 | 24,014 | 2,499 |
| Total | 132,526 | 114,072 | 22,422 |

5. Following the May 6, 2013 deadline for the submission of claims, Epiq will provide a further report on the total number of Claim Forms received along with information about the settlement benefits that have been validly requested consistent with the terms of the Settlement Agreement.

## OBJECTIONS RECEIVED

6. As of the February 26, 2013 deadline for objections to the Settlement, Epiq had received objections from six (6) unique individuals. The Declaration of Cameron R. Azari, Esq. On Implementation And Adequacy Of Notice Plan And Notices states at paragraph 31 that 13 unique objections had been received as of February 5, 2013. As a point of clarification, that total of 13 objections included eight (8) separate communications from a single objector, Daniel VanWart. Accordingly, the total number of timely objections from unique individuals remains at six objectors.

7. On March 11, 2013, after the deadline for submission of objections, Epiq received an objection from Mr. William Grieve. Mr. Grieve's objection was not filed in compliance with the requirements sets forth in the Class Notice. A copy of Mr. Grieve's objection is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States and the state of Oregon that the foregoing is true and correct to the best of my knowledge.

Dated: 3/19/2013

Stephanie Thurin
Project Manager